*Prettyman, Jr.* and *Martin M. Nelson* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Morton Hollander* for respondent.

No. 942. UNITED STATES *v.* WIESENFELD WAREHOUSE Co. Appeal from the United States District Court for the Middle District of Florida. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. *Clarence G. Ashby* for appellee.

No. 1024. WILBUR-ELLIS CO. ET AL. *v.* KUTHER. C. A. 9th Cir. Certiorari granted. *Frank A. Neal* and *James M. Naylor* for petitioners. *Oscar A. Mellin* and *Carlisle M. Moore* for respondent.

No. 970. BRUNENKANT *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 7th Cir. Certiorari denied. *Edward J. Brunenkant,* petitioner, *pro se. Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for respondent.

No. 991. CLIFTON INVESTMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Charles F. Hartsock* and *Irving Harris* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.